UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

HAORAN GUO and ZIJUN GUO,

                      Plaintiffs,

    -v-                                           CIVIL ACTION NO. 24 Civ. 4716 (PAE) (SLC)

SECRETARY ALEJANDRO MAYORKAS, DIRECTOR              **ORDER**
TAMIKA GRAY, and DEPUTY DIRECTOR SCOTT
VELEZ,

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

      Defendants' response to Plaintiffs' Petition (ECF No. 1) was due by August 8, 2024. (See ECF Nos. 8–10). On August 1, 2024, counsel for Defendants filed a notice of appearance. (ECF No. 11). To date, however, Defendants have not responded to the Petition, and the deadline to do so has passed. As a one-time courtesy, the Court sua sponte extends this deadline, and directs Defendants to respond to the Petition by **August 23, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

Dated: New York, New York
August 14, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge