UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAORAN GUO and ZIJUN GUO,

                Plaintiffs,

 -v-

SECRETARY ALEJANDRO MAYORKAS, DIRECTOR TAMIKA GRAY, and DEPUTY DIRECTOR SCOTT VELEZ,

                Defendants.

CIVIL ACTION NO. 24 Civ. 4716 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On or before **October 21, 2024**, Plaintiffs shall respond to Defendants' Letter Motion for Conference (ECF No. 18). Defendants notified the Court that they "will send a copy of [their Letter Motion] to the [P]laintiffs via first class mail at their mailing address of record." (ECF No. 18 at 2).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

Dated:      New York, New York
               October 4, 2024

                                            SO ORDERED.

                                            SARAH L. CAVE
                                            **United States Magistrate Judge**